HARRY D. NEIER, Plaintiff, *v.* DROESCH REALTY CORPORATION, Appellant.
ARTHUR MORRIS, Respondent.

(Argued September 28, 1931; decided October 13, 1931.)

*Jacob A. Visel, Harry A. Horton* and *Joseph P. Slensby* for appellant.
*Abraham Lilienthal* and *Arthur Morris* for respondent.
Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.